IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARMELA LYNN JACKSON-LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>DERRICK K. WATSON; DONALD TRUMP, President; JOSH GREEN, State of Hawaii Governor; MIKE BRAUN, State of Indiana Governor; KEVIN STITT, State of Oklahoma Governor,<br><br>Defendants. | CIV. NO. 26-00462 HG-KJM |

**ORDER DENYING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 2)**

**and**

**DISMISSING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 7) AND PLAINTIFF'S APPEAL (ECF No. 8)**

**and**

**DISMISSING COMPLAINT WITH PREJUDICE (ECF No. 1)**

On August 31, 2026, Plaintiff who identifies herself as "Chief Carmela Lynn Jackson-Lewis," proceeding pro se, filed a Complaint in this Court against numerous government officials.

The Complaint is entirely indecipherable. The Complaint is riddled with foul and offensive language, crude references to Plaintiff's private body parts, and outrageous and implausible allegations that are patently without merit.

Plaintiff has filed more than twenty lawsuits in this

District in the last three years, usually against celebrities or government officials. All of her cases have spouted nonsensical claims and theories that have been routinely dismissed as frivolous. (See Jackson v. Megan Markle, 23-cv-00060 HG-RT; Jackson v. Johnny Depp, et al., 23-cv-00050 LEK-KJM; Jackson-Lewis v. U.S. Dept. of Defense, 26-cv-00086 SASP-KJM; Jackson-Lewis v. State of Indiana, 26-cv-00417 JAO-RT).

Plaintiff's nonsensical theories and delusional rants have no place in this Court, and repeated attempts by the Court to instruct Plaintiff have not cured them. 28 U.S.C. § 1915(e)(2)(B); Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Ashelman v. Pope, 793 F.2d 1072, 1078 (9th Cir. 1986) (no opportunity to amend is required where amendment would clearly be futile).

Plaintiff is **CAUTIONED** that further frivolous lawsuits may result in a pre-filing review vexatious litigant order and/or sanctions against her pursuant to 28 U.S.C. § 1651(a) and Fed. R. Civ. P. 11. See Molski v. Evergreen Dynasty Corp., 500 F.3d 1047, 1057 (9th Cir. 2007). Further flagrant abuse of the judicial process will not be tolerated. De Long v. Hennessey, 912 F.2d 1144, 1148 (9th Cir. 1990).

## CONCLUSION

Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE.**

The Magistrate Judge's Findings and Recommendation (ECF No. 7) and Plaintiff's Appeal (ECF No. 8) are **DISMISSED AS MOOT.**

Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 2) is **DENIED AS MOOT.**

The Clerk of Court is **DIRECTED** to **CLOSE THE CASE.**

No additional filings may be made in this case without leave of Court except for a Notice of Appeal.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 2, 2026.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Helen Gillmor
United States District Judge